# EXHIBIT C


US00D465288S

## (12) United States Design Patent
### Wall

(10) Patent No.: **US D465,288 S**
(45) Date of Patent: ∗∗ **Nov. 5, 2002**

(54) **CONNECTION ELEMENT FOR SHEET PILES**

(76) Inventor: **Georg Wall**, Hans-Graessel-Weg 20, D-81375 Munich (DE)

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/148,888**

(22) Filed: **Sep. 28, 2001**

(30) **Foreign Application Priority Data**

Mar. 30, 2001 (DE) ........................ 4 01 05 732

(51) LOC (7) Cl. .................................. **25-02**
(52) U.S. Cl. ...................................... **D25/61**
(58) Field of Search ................. 405/274–279, 405/231, 252.1; 52/169.7; 24/573.09; D25/61, 126, 121

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,098,077 A ∗ 5/1914 Annison ................. 405/279
3,696,855 A ∗ 10/1972 Kira ..................... 24/573.09
D411,018 S ∗ 6/1999 Nowell .................... D25/61

∗ cited by examiner

*Primary Examiner*—Doris Clark
(74) *Attorney, Agent, or Firm*—Milde & Hoffberg, LLP

(57) **CLAIM**

The ornamental design for a connection element for sheet piles, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the connection element for sheet piles according to my design; and,

FIG. **2** is an end view of the connection element for sheet piles according to my design.

**1 Claim, 2 Drawing Sheets**





FIG.1



FIG.2