# EXHIBIT D


US00D621245S

(12) **United States Design Patent** (10) Patent No.: **US D621,245 S**
Heindl (45) Date of Patent: ⁎⁎ **Aug. 10, 2010**

(54) **UMHW T-MOUNT NEW SHEET PILE CONNECTING ELEMENT**

(75) Inventor: **Richard Heindl**, Munich (DE)

(73) Assignee: **Pilepro, LLC**, Rapid City, SD (US)

(⁎⁎) Term: **14 Years**

(21) Appl. No.: **29/316,021**

(22) Filed: **Aug. 17, 2009**

(51) **LOC (9) Cl.** .................................................. **08-08**
(52) **U.S. Cl.** ..................................................... **D8/382**
(58) **Field of Classification Search** .................. D8/382, D8/394, 395; D25/119, 61; 405/279, 278; 24/573.09, 346, 370
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D176,582 S | * | 1/1956 | Bacon | D6/509 |
| D246,889 S | * | 1/1978 | Eckerline | D8/382 |
| D309,343 S | * | 7/1990 | Koza et al. | D23/269 |
| D331,188 S | * | 11/1992 | Stolk | D8/394 |
| D464,738 S | * | 10/2002 | Wall | D25/61 |
| D522,147 S | * | 5/2006 | Morton et al. | D25/119 |
| D579,578 S | * | 10/2008 | Chaney et al. | D25/119 |

* cited by examiner

*Primary Examiner*—Holly H Baynham
*Assistant Examiner*—Sheryl Lane
(74) *Attorney, Agent, or Firm*—Karl F. Milde, Jr.; Eckert Seamans Cherin & Mellott, LLC

(57) **CLAIM**

The ornamental design for a UMHW T-mount new sheet pile connecting element, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of the UMHW T-mount new sheet pile connecting element according to my design. The connecting element is shown broken away in the middle to indicate the connector has no specific length; and,

FIG. 2 a front view of the connecting element of FIG. 1.

**1 Claim, 1 Drawing Sheet**





Fig. 1



Fig. 2