# EXHIBIT E



# (12) United States Design Patent
## Heindl

(10) Patent No.: **US D622,579 S**
(45) Date of Patent: ★★ **Aug. 31, 2010**

(54) **UMHW T-MOUNT NEW, SMALL SHEET PILE CONNECTING ELEMENT**

(75) Inventor: **Richard Heindl**, Munich (DE)

(73) Assignee: **Pilepro, LLC**, Rapid City, SD (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/316,029**

(22) Filed: **Aug. 17, 2009**

(30) Foreign Application Priority Data

Feb. 17, 2009 (EM) ................. 001090013

(51) LOC (9) Cl. ................................. **08-08**
(52) U.S. Cl. ........................................ **D8/382**
(58) Field of Classification Search .............. D8/382, D8/394, 395; D25/119, 61; 405/279, 278; 24/573.09, 346, 370

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D176,582 S | * | 1/1956 | Bacon | D6/509 |
| D246,889 S | * | 1/1978 | Eckerline | D8/382 |
| D309,343 S | * | 7/1990 | Koza et al. | D23/269 |
| D331,188 S | * | 11/1992 | Stolk | D8/394 |
| D464,738 S | * | 10/2002 | Wall | D25/61 |
| D522,147 S | * | 5/2006 | Morton et al. | D25/119 |
| D579,578 S | * | 10/2008 | Chaney et al. | D25/119 |

* cited by examiner

*Primary Examiner*—Holly H Baynham
*Assistant Examiner*—Sheryl Lane
(74) *Attorney, Agent, or Firm*—Karl F. Milde, Jr.; Eckert Seamans Cherin & Mellott, LLC

(57) **CLAIM**

The ornamental design for a UMHW T-mount new small sheet pile connecting element, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the connecting element for sheet piles according to my design. The connecting element is shown broken away in the middle to indicate the connector has no specific length; and,

FIG. **2** a front view of the connecting element of FIG. **1**.

**1 Claim, 1 Drawing Sheet**





Fig. 1



Fig. 2