**LAWRENCE C. HERSH**
ATTORNEY AT LAW
17 Sylvan Street, Suite 102b
Rutherford, New Jersey  07070

*ADMITTED NJ, NY, CA, AND IL                                                                    Tel:  (201) 507-6300
*REGISTERED U.S. PATENT AND TRADEMARK OFFICE                                       Fax: (201) 507-6311
                                                                                                              email:  lh@hershlegal.com

March 5, 2015

**BY ECF and Fax (973) 645-3841**
Honorable Claire Cecchi, U.S.D.J.
United States District Court
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   **Re:** *Skyline Steel, LLC v. PilePro, LLC et al.*  **No. 2:13-cv-04930 (CCC)(JBC)**

Dear Judge Cecchi:

  I am local counsel for Defendant Pile Pro, LLC, PilePro Sales Corp., Inc. and PilePro Steel L.P., (collectively "PilePro"). I am in receipt of Plaintiff Skyline Steel, LLC's recently filed letter to the Court dated February 23, 2015.  PilePro has recently retained new lead counsel in this matter, and I expect to file shortly an application for pro hac vice counsel for them as well as filing a response to Plaintiff's February 23, 2015 letter.  I would request the Court hold off on taking any action in this matter until Defendants have had the opportunity to formally respond.

  Thank you for your consideration in this matter

                Very truly yours,

                */s Lawrence Hersh, Esq.*
                Lawrence hersh, Esq.