WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Melissa Steedle Bogad

*Attorneys for Plaintiff Skyline Steel, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SKYLINE STEEL, LLC, | Honorable Claire C. Cecchi, U.S.D.J. |
| Plaintiff, | Civil Action No. 13 CV 4930 (CCC)(JBC) |
| v. | |
| PILEPRO LLC, PILEPRO SALES CORP., INC., PILEPRO STEEL L.P., and PLYMOUTH TUBE COMPANY, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff, Skyline Steel, LLC ("Skyline") and Defendants, Pilepro LLC, Pilepro Sales Corp, Inc., and Pilepro Steel, L.P. (collectively "Pilepro") hereby stipulate and agree to the dismissal of all claims and counterclaims asserted in the above-captioned matter, without prejudice.

Skyline and Pilepro further stipulate and agree that each Party reserves all rights to make an application for, and to object to, an award of fees and costs in any related arbitration proceeding.

Skyline and Pilepro further stipulate and agree that, to the extent they are not already, all applicable statutes of limitations are hereby tolled.

The Court shall retain jurisdiction over this matter in the event of any dispute concerning it or this stipulation.

Stipulated as to form and entry:

| | |
|---|---|
| **LAWRENCE C. HERSH**<br>Attorneys for Defendants PilePro LLC,<br>PilePro Sales Corp., and PilePro Steel L.P. | **WINSTON & STRAWN LLP**<br>Attorneys for Plaintiff Skyline Steel, LLC |
| By: s/ Lawrence C. Hersh<br>Lawrence C. Hersh<br>17 Sylvan Street, Suite 102b<br>Rutherford, New Jersey  07070<br>Telephone: (201) 507-6300<br>Facsimile: (201) 507-6311 | By: s/  Melissa Steedle Bogad<br>James S. Richter<br>Melissa Steedle Bogad<br>The Legal Center<br>Newark, New Jersey  07102<br>Telephone: (973) 848-7676<br>Facsimile:  (973) 848-7650 |
| **OF COUNSEL**<br>Julio J. Ramos<br>LAW OFFICES OF JULIO J. RAMOS<br>35 Grove St., Suite 107<br>San Francisco, CA 94102<br>Telephone: (415) 948-3015<br>Facsimile: (415) 469-9787 | **OF COUNSEL**<br>Aldo A. Badini<br>Susannah P. Torpey<br>Margaret Ciavarella<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, New York 10166<br>(212) 294-6700<br><br>Jay L. Lazar<br>Attorney at Law<br>1914 Dartford Road<br>Bethlehem, Pennsylvania 18015<br>(610) 694-2558 |
| Date: July 14, 2016 | Date: July 14, 2016 |

SO ORDERED on this _18_ day of July:

Hon. Claire C. Cecchi, U.S.D.J.